**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 4, 2026

**BY ECF**
The Honorable John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

*All pending dates are canceled. The parties should provide a status report on or before May 4, 2026. So ordered.*
*3/5/26  John G. Koeltl U.S.D.J.*

Re:   *De La Hoz Arias v. United States Department of Homeland Security,*
      No. 25 Civ. 9152 (JGK)

Dear Judge Koeltl:

This Office represents the defendant United States Department of Homeland Security (the "Government" or "DHS") in the above-referenced action brought by plaintiff Felipe De La Hoz Arias ("Plaintiff") pursuant to the Freedom of Information Act ("FOIA"). I write on behalf of both parties to provide the Court with a status update and to respectfully request that the Court relieve the parties of their requirement to submit a Rule 26(f) report, *see* Section III.A of the Court's Individual Practices, and to appear at the initial pretrial conference scheduled for March 10, 2026. *See* Minute Entry at 11/20/2025.

The complaint in this action was filed on November 3, 2025. ECF No. 1. The complaint concerns a FOIA request that plaintiff submitted to DHS in 2021, seeking contracts, policy agreements, memoranda of understanding, and all other contractual agreements between DHS and the Northrop Grumman Corporation pertaining to the development and implementation of the Homeland Advanced Recognition Technology System ("HART"). *See id.* The Government filed its answer on February 26, 2026. ECF No. 16.

Since this action was filed, the parties have been working collaboratively to address the issues raised by Plaintiff concerning the Government's response to the FOIA request at issue. *See* ECF Nos. 12, 14. At the time the complaint was filed, the Government had already notified Plaintiff that a search of the Office of the Chief Procurement Officer for documents responsive to his request produced a total of 290 pages. *See* ECF No. 1 at Ex. 2. DHS had produced 30 pages in their entirety, produced 85 pages with withholdings, and withheld 175 pages. *See id.*

Following discussions between the parties, in January 2026, the Government produced an additional 205 pages of responsive records to Plaintiff. *See* ECF No. 14. The Government withheld certain information in the 205 pages pursuant to various FOIA exemptions. Since the Government's production of the additional records, the parties have been discussing the withholdings. The parties believe that they may be able to resolve some or all of the issues raised by Plaintiff with respect to these additional records.

Accordingly, the parties respectfully request that they be relieved of the requirement to submit a Rule 26(f) report and to appear at the initial pretrial conference scheduled for March 10, 2026. Pursuant to Local Civil Rule 16.1, cases involving reviews from administrative agencies, including FOIA cases like this one, are generally exempted from the mandatory scheduling other requirement. Moreover, courts in this district regularly exempt FOIA cases from scheduling requirements, *see, e.g.,* Endorsed Order dated Nov. 6, 2024, *The New York Times Company v. U.S. Dep't of Defense*, 24 Civ. 6337 (CM) (ECF No. 13), as FOIA cases typically do not involve discovery and are resolved at summary judgment. *See Carney v. U.S. Dep't of Justice*, 19 F.3d 807, 812 (2d Cir. 1994).

Should the Court grant this request, the parties propose to submit a status report to the Court on or before May 4, 2026, notifying the Court whether they have resolved all outstanding disputes, whether judicial intervention is needed, and whether the parties would like to proceed to motion practice. Should the Court deny this request, the parties are prepared to appear at the March 10 conference to discuss any case-related matters which the Court may wish to raise.

We thank the Court for its consideration of this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:    */s/ Tara Schwartz*
TARA SCHWARTZ
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2633
Email: tara.schwartz@usdoj.gov

*Counsel for Defendant*

Cc: Counsel for the Plaintiff (via ECF)

2